# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

C & G Farms, Inc.

V.

**JUDGMENT IN A CIVIL CASE**

Chicago Title Insurance Company and Does 1 through 11

**CASE NUMBER:** 11CV0314-BTM(CAB)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Court hereby Dismisses the entire action with prejudice, with each party to bear its own costs and attorneys' fees.

| December 8, 2011 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | s/ E Silvas |
| | (By) Deputy Clerk |

ENTERED ON December 8, 2011